Argued March 9,—Decided March 16, 1909.

*Blalock & Cobb,* for plaintiff in error.

*J. R. Williams, solicitor-general,* contra.

---

## 1686.  ALTMAN *v.* THE STATE.

HILL, C. J.  Where, on a trial for burglary, the evidence relied upon by
the State was that of an accomplice, it was error to charge the jury
that proof of the corpus delicti would be sufficient corroboration of
the testimony of an accomplice to warrant a conviction.  The rule is
well settled that the testimony of an accomplice in a felony case must
be corroborated by some independent fact or circumstance which, taken
by itself, leads to the inference not only that a crime has been com-
mitted, but that the defendant is implicated in its commission.  Proof
of the corpus delicti independently of the evidence of the accomplice is
corroborative of the guilt of the accomplice, but does not at all corrob-
orate his testimony as to the guilt of another.  Penal Code. § 991; *Child-*

*ers* v. *State*, 52 *Ga.* 106; *McCalla* v. *State*, 66 *Ga.* 346; Roscoe's Crim.
Ev. 122.                                                    *Judgment reversed.*

Indictment for burglary, from Pierce superior court—Judge
Parker. January 9, 1909.

Submitted March 9,—Decided March 16, 1909.

*James R. Thomas,* for plaintiff in error.

*James H. Thomas, solicitor-general, John W. Bennett,* contra.